# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL BARRIOS PEREZ, | CASE NO. 1:07-cv-01794-SMS PC |
| Plaintiff, | ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| DILL, et al., | |
| Defendants. | (Doc. 10) |

Plaintiff Saul Barrios Perez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 5, 2007. The Court screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A, and found that it states a claim under the Eighth Amendment against Defendants Dill, Harden, Sobbe, Sandoval, Tyson, Chan, Vieth, and Brown based on the conditions of confinement on contraband watch.[1]  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 551 U.S. 89, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

    1.    Service shall be initiated on the following defendants:

        ASSOCIATE WARDEN DILL

        SGT. HARDEN

        SGT. SOBBE

---

[1] In a separate order, Plaintiff's Eighth Amendment medical care claim was dismissed for failure to state a claim upon which relief may be granted under section 1983.


    SGT. SANDOVAL

    CPT. TYSON

    C/O CHAN

    C/O VIETH

    C/O BROWN

2.  The Clerk of the Court shall send Plaintiff eight (8) USM-285 forms, eight (8) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed July 22, 2008.

3.  Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

  a.  Completed summons;

  b.  One completed USM-285 form for each defendant listed above; and

  c.  Nine (9) copies of the endorsed amended complaint filed July 22, 2008.

4.  Plaintiff need not attempt service on the defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.  <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated: February 24, 2009**    /s/ Sandra M. Snyder
                UNITED STATES MAGISTRATE JUDGE