# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL BARRIOS PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DILL, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-01794-SMS PC<br><br>ORDER DENYING MOTION FOR ENTRY OF DEFAULT<br><br>(Doc. 19) |

    Plaintiff Saul Barrios Perez is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 14, 2009, Plaintiff filed a motion seeking the entry of default.

    Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). The United States Marshal was ordered to initiate service of process on March 19, 2009. However, there is no evidence that any of the defendants was served and thereafter failed to make a timely appearance.

///
///
///
///
///

1 | Accordingly, Plaintiff's motion for the entry of default is HEREBY DENIED.

3 | IT IS SO ORDERED.

4 | **Dated:    May 21, 2009**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE