# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL BARRIOS PEREZ, | CASE NO. 1:07-cv-01794-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR DEFAULT JUDGMENT |
| v. | (Doc. 21) |
| DILL, et al., | |
| Defendants. | |

Plaintiff Saul Barrios Perez is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 22, 2009, Plaintiff filed a motion seeking default judgment. For the reasons set forth in the Court's order denying Plaintiff's motion for entry of default, filed May 21, 2009, Plaintiff's motion for default judgment is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **May 27, 2009**      /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE