# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL BARRIOS PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>DILL, et al.,<br><br>        Defendants. | CASE NO. 1:07-cv-01794-SMS PC<br><br>ORDER DIRECTING DEFENDANTS TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN THIRTY DAYS<br><br>(Doc. 11) |

    This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Saul Barrios Perez, a state prisoner proceeding pro se and in forma pauperis. This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California. Defendants have now appeared in the action.

    Therefore, Defendants shall notify the Court within **thirty (30) days** from the date of service of this order whether they consent to or decline United States Magistrate Judge jurisdiction.[1]

IT IS SO ORDERED.

**Dated:**    **October 14, 2009**           /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The orders generated by the Clerk of the Court on March 19, 2009, and August 5, 2009, requiring the parties to consent or decline are HEREBY ORDERED DISREGARDED. (Docs. 18, 25.) The orders were not served on Defendants, and Plaintiff consented prior to the issuance of either order. (Doc. 8.)

1