# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAUL BARRIOS PEREZ,

Plaintiff,

v.

DILL, et al.,

Defendants.

/

CASE NO. 1:07-cv-01794-LJO-SMS PC

ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT DILL

Amended Unenumerated Rule 12(b) Motion Deadline: 09/15/2011

Defendant Dill filed an answer to Plaintiff's complaint on July 28, 2011. Accordingly, application of the amended discovery and scheduling order filed on May 4, 2011, is HEREBY EXTENDED to Defendant Dill, and the unenumerated Rule 12(b) motion deadline set in that order is EXTENDED to **September 15, 2011**, as to Defendant Dill.

IT IS SO ORDERED.

**Dated: August 1, 2011**

**/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE