1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  SAUL BARRIOS PEREZ,                CASE NO. 1:07-cv-01794-LJO-SMS PC

10             Plaintiff,         ORDER ADDRESSING LETTER TO COURT

11     v.                       (ECF No. 75)

12 DILL, et al.,

13             Defendants.

14 _____/

15       Plaintiff Saul Barrios Perez ("Plaintiff") is a state prisoner proceeding pro se and in forma

16 pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 15, 2011, Plaintiff filed

17 a letter requesting information from the Court.

18       Plaintiff requests information on how much time he is allowed to file a reply to Defendants'

19 answer to the complaint.  The Federal Rules of Civil Procedure provide, in relevant part, that there

20 shall be a complaint, an answer, and a reply to an answer if the court orders one.  Fed. R. Civ. P.

21 7(a).  The Court has not ordered a reply to the answer and declines to make such an order.  Plaintiff

22 may not file a reply to Defendants' answer to the complaint.

23       Plaintiff has attempted to file copies of his discovery requests.  Plaintiff is advised that the

24 Court cannot serve as a repository for the parties' evidence (i.e., prison or medical records, affidavits,

25 etc.).  The parties may not file evidence with the court until the course of litigation brings the

26 evidence into question (for example, on a motion for summary judgment, at trial, or when requested

27 by the Court).  Therefore, the documents have been returned to Plaintiff.

28       Finally, Plaintiff asks the Clerk to mail him a free copy of the Local Rules as he alleges that

1   the law library at California Correctional Institution does not have a copy of the Local Rules.  The

2   Clerk's Office shall be directed to send five copies of the Local Rules to the Litigation Unit at

3   California Correctional Institution, Tehachapi.

4          Accordingly, it is HEREBY ORDERED that the Clerk's Office shall serve a copy of this

5   order and send copies of the Local Rules to the Litigation Unit at California Correctional Institution,

6   Tehachapi.

7

8

9

10  IT IS SO ORDERED.

11  **Dated:     August 23, 2011** _____            _____/s/ **Sandra M. Snyder**_____
                                                    UNITED STATES MAGISTRATE JUDGE