1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  SAUL BARRIOS PEREZ,                    CASE NO. 1:07-cv-01794-LJO-SMS PC

10                        Plaintiff,      ORDER ADDRESSING LETTER TO COURT

11       v.                              (ECF No. 78)

12  DILL, et al.,

13                        Defendants.
                                      /
14

15       Plaintiff Saul Barrios Perez ("Plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 14, 2011, Plaintiff

17  filed a letter to the Court.

18       Plaintiff is advised that a document requesting a court order must be styled as a motion, not

19  a letter.  The motion should state, as clearly as possible, the relief sought.  Plaintiff's letter shall be

20  disregarded.  To the extent that Plaintiff wishes the Court to take any action, plaintiff must file a

21  motion requesting the desired relief.

22

23

24  IT IS SO ORDERED.

25  **Dated:    September 27, 2011**          _____/s/ Sandra M. Snyder_____
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28

1