# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL BARRIOS PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>DILL, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-01794-LJO-BAM PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(ECF Nos. 82, 83)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Saul Barrios Perez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint, filed July 22, 2008, against Defendants Dill, Harden, Sobbe, Sandoval, Tyson, Chan, and Brown for deliberate indifference to conditions of confinement in violation of the Eighth Amendment. On March 2, 2012, Defendants filed a motion for summary judgment. Plaintiff failed to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion for summary judgment within **thirty (30) days** from the date of service of this order; and

///
///
///

2. The failure to respond to Defendants' motion in compliance with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   **April 9, 2012**                    /s/ **Barbara A. McAuliffe**
                                                              UNITED STATES MAGISTRATE JUDGE