# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL BARRIOS PEREZ, | CASE NO. 1:07-cv-01794-LJO-BAM PC |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** (ECF No. 94) |
| v. | |
| DILL, et al., | Show Cause Hearing: April 19, 2013, at 8:30 a.m. in Courtroom 4 (LJO) |
| Defendants. | |

Plaintiff Saul Barrios Perez ("Plaintiff"), a prisoner in the custody of the California Department of Corrections and Rehabilitation, is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint, filed July 22, 2008, against Defendants Dill, Harden, Sobbe, Sandoval, Tyson, Chan, and Brown for conditions of confinement in violation of the Eighth Amendment. A telephonic trial confirmation hearing is set for April 19, 2013, and a jury trial is set for June 11, 2013.

On November 28, 2012, the Court issued a Second Scheduling Order directing Plaintiff to file his pretrial statement on or before March 11, 2013. To date, a month after the due date, Plaintiff has failed to comply with the order.

Accordingly, Plaintiff shall show cause by WRITTEN response on or before April 12th to this Order To Show Cause why this action should not be dismissed, with prejudice, for failure to obey the Court's order and for failure to prosecute. Whether the hearing on **April 19, 2013, at 8:30 a.m.** in Courtroom 4 (LJO) and/or the trial will go forward as scheduled will depend on the this response, if any. If a response, if any, does not show GOOD CAUSE, the matter will be dismissed.

IT IS SO ORDERED.

**Dated:   April 5, 2013**         /s/  Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE

2