# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL BARRIOS PEREZ,<br><br>        Plaintiff,<br><br>   v.<br><br>DILL, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-01794-LJO-BAM PC<br><br>**ORDER OF DISMISSAL**<br>(ECF No. 96) |

    Plaintiff Saul Barrios Perez ("Plaintiff"), a prisoner in the custody of the California Department of Corrections and Rehabilitation, is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff has ignored the mandates of the Order of November 28, 2012, to file a pretrial statement on or before March 11, 2013. Plaintiff also has failed to follow the mandates of the Order to Show Cause Why Action Should Not Be Dismissed ("OSC") filed and served on April 5, 2013, by not filing a statement of good cause on or before April 12, 2013.

    Pursuant to the notice given to Plaintiff in the OSC, this matter is HEREBY DISMISSED. The Pretrial Conference set for April 19, 2013, and the trial set for June 11, 2013, are HEREBY VACATED. The Clerk of the Court is ORDERED to close the case in its entirety. IT IS SO ORDERED.

**Dated:**   April 15, 2013            /s/  Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE