UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL BARRIOS PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DILL, et al.,<br><br>　　　　Defendants. | Case No.: 1:07-cv-01794-LJO-BAM PC<br><br>**AMENDED ORDER OF DISMISSAL**<br><br>(ECF No. 96, 98, 100) |

　　　　Plaintiff Saul Barrios Perez ("Plaintiff"), a prisoner in the custody of the California Department of Corrections and Rehabilitation, is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On April 15, 2013, the Court issued an order of dismissal finding that Plaintiff had ignored the mandates of the Order of November 28, 2012, to file a pretrial statement on or before March 11, 2013. The Court also found that Plaintiff had failed to follow the mandates of the Order to Show Cause Why Action Should Not Be Dismissed ("OSC") filed and served on April 5, 2013, by not filing a statement of good cause on or before April 12, 2013. (ECF No. 98.) Based on the dismissal order, the case was closed and judgment was entered. (ECF Nos. 98, 99.)

　　　　On April 18, 2013, Plaintiff filed his response to the OSC, which was signed on April 12, 2013. (ECF No. 100.) Having considered Plaintiff's response, the Court finds that Plaintiff has failed to demonstrate good cause for his failure to comply with the mandates of the Order of November 28,

1

2012, to file a pretrial statement on or before March 11, 2013.  Therefore, the Order of Dismissal dated April 15, 2013, stands.

IT IS SO ORDERED.

    Dated:   **May 9, 2013**                  **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE