UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL BARRIOS PEREZ,<br><br>         Plaintiff,<br><br>    v.<br><br>DILL, et al.,<br><br>         Defendants. | Case No.: 1:07-cv-01794-BAM (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE**<br><br>(ECF No. 112)<br><br><u>Show Cause Hearing</u>: November 18, 2015 at 10:00 a.m. in Courtroom 8 (BAM) |

Plaintiff Saul Barrios Perez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims against Defendants Dill, Harden, Sobbe, Sandoval, Tyson, Chan, and Brown for conditions of confinement in violation of the Eighth Amendment. As of September 29, 2015, all parties have consented to the jurisdiction of the Magistrate Judge. (Plaintiff's consent, ECF No. 109; Defendants' consent, ECF No. 110). This matter is set for a telephonic trial confirmation hearing on November 18, 2015, and a jury trial on February 9, 2016.

On October 7, 2015, the Court issued an Amended Second Scheduling Order directing Plaintiff to file his pretrial statement on or before October 19, 2015. To date, two weeks after the due date, Plaintiff has failed to comply with the order. Defendants have noted that Plaintiff's failure to comply

with the order requiring him to file a pretrial statement has now prejudiced them in their own pretrial statement preparations. (ECF No. 113.)

Accordingly, Plaintiff shall show cause by WRITTEN response on or before **November 13, 2015** to this Order To Show Cause why this action should not be dismissed, with prejudice, for failure to obey the Court's order and for failure to prosecute. Whether the hearing on November 18, 2015, at 10:00 a.m. in Courtroom 8 (BAM) and/or the trial will go forward as scheduled will depend on Plaintiff's response, if any. If the response does not show GOOD CAUSE, the matter will be dismissed.

IT IS SO ORDERED.

Dated: **November 2, 2015**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2