UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL BARRIOS PEREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DILL, et al.,<br><br>　　　　Defendants. | Case No.: 1:07-cv-01794-BAM (PC)<br><br>**AMENDED ORDER IMPOSING SANCTIONS AND REQUIRING FILING AND SERVICE OF LIST OF PROPOSED TRIAL EXHIBITS**<br><br>(ECF No. 118, 120) |

Plaintiff Saul Barrios Perez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims against Defendants Dill, Harden, Sobbe, Sandoval, Tyson, Chan, and Brown for conditions of confinement in violation of the Eighth Amendment. The parties have consented to magistrate judge jurisdiction. (ECF No. 111.)

On November 3, 2015, this Court issued an order to show cause why this action should not be dismissed for Plaintiff's failure to comply with the court's scheduling order requiring him to file a pretrial statement. (ECF No. 115.) On November 18, 2015, after considering Plaintiff's filings and holding a hearing, the Court found Plaintiff did not show good cause for his non-compliance with the Court's order and imposed sanctions on him. (ECF No. 118.) On November 23, 2015, Plaintiff filed another response to the order to show cause, dated November 11, 2015. (ECF No. 120.) Having

1

considered Plaintiff's November 11, 2015 response, the Court finds it also does not show good cause for Plaintiff's failure to comply with the Court's order.

Plaintiff explains in his November 11, 2015 filing that his non-compliance was due to being busy with other civil litigation, and he also discusses a lockdown that occurred after his pretrial statement was already due. He also notes he made a belated attempt to seek an extension of time to file his pretrial statement with a motion that was dated the last day of the deadline, which the Court did not receive until nearly a month later. Plaintiff also generally presented these matters to the Court at the hearing. As the Court previously found and explained in its November 18, 2015 order, (ECF No. 118), these reasons do not excuse his non-compliance. Consequently, the Court's November 18, 2015 order imposing sanctions stands.

IT IS SO ORDERED.

Dated:   **November 25, 2015**          /s/ Barbara A. McAuliffe          _
                                        UNITED STATES MAGISTRATE JUDGE