UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL BARRIOS PEREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>DILL, et al.,<br><br>    Defendants. | Case No.: 1:07-cv-01794-BAM (PC)<br><br>**ORDER CONTINUING MOTION IN LIMINE HEARING DATE**<br><br>**Motion in Limine Hearing:** January 28, 2016 at 10:30 a.m. in Courtroom 8 (BAM) |

Due to scheduling conflicts, the telephonic motion in limine hearing date in this matter is HEREBY CONTINUED from January 27, 2016 to **January 28, 2016 at 10:30 a.m.** in Courtroom 8 (BAM). Defense Counsel is required to arrange for the participation of Plaintiff in the telephonic motion in limine hearing, and to initiate that hearing at (559) 499-5789.

All other dates and deadlines currently scheduled in this matter, including the February 9, 2016 date for commencement of the jury trial, remain as previously set.

IT IS SO ORDERED.

Dated: **December 23, 2015**      /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE