

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAUL BARRIOS PEREZ,<br><br>              Plaintiff,<br><br>       v.<br><br>DILL, HARDEN, TYSON, SOBBE,<br>C. SANDOVAL, CHAN, and BROWN,<br><br>              Defendants. | Case No.: 1:07-cv-01794-BAM (PC)<br><br>ORDER REQUIRING PRODUCTION OF<br>PLAINTIFF BARRIOS PEREZ, CDCR #5-56400<br>FOR TRIAL ON FEBRUARY 10, 2016<br>AT 8:00 A.M. |

**Plaintiff Saul Barrios Perez, CDCR #K-56400**, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, February 10, 2016, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated: 2/9/16

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE