**FILED**

FEB 10 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL BARRIOS PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>DILL, HARDEN, TYSON, SOBBE,<br>C. SANDOVAL, CHAN, and BROWN,<br><br>    Defendants. | Case No.: 1:07-cv-01794-BAM (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF **SAUL BARRIOS PEREZ, CDCR #K-56400**, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The jury trial in this matter commenced on February 9, 2016, and **Plaintiff Saul Barrios Perez, CDCR #K-56400**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 2/10/16

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE