*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

SAUL BARRIOS PEREZ,
        Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

vs.

1: 07-CV-01794-BAM (PC)

DILL, etal.,
        Defendants.
_____/

   __X__   JURY VERDICT:   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     IT IS HEREBY ORDERED AND ADJUDGED that Judgment is in favor of all Defendants and against Plaintiff. The Clerk of the Court is instructed to close this case.

DATED:  __2/11/2016__

                                MARIANNE MATHERLY, Clerk

                                By:  __/s/ H.A. Herman__
                                           Deputy Clerk

judgment.civ.wpd
5/6/2013